UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK ROBINSON, aka<br>DEREK EDWARD ROBINSON,<br><br>        Petitioner,<br><br>vs.<br><br>DERRAL G. ADAMS, WARDEN,<br><br>        Respondent. | Case No. CV 09-6721-RSWL(RC)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND ORDER DENYING CERTIFICATE OF APPEALABILITY |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's objections, and has made a de novo determination.

    IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered dismissing the petition and the action as untimely.

//

This Court finds that an appeal would not be taken in good faith, and that petitioner has not made a substantial showing that he has been denied a constitutional right and that this Court was not correct in its statute of limitations ruling, for the reasons set forth in the Report and Recommendation; accordingly, a certificate of appealability should not issue under 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b). <u>Slack v. McDaniel</u>, 529 U.S. 473, 483, 120 S. Ct. 1595, 1604, 146 L. Ed. 2d 542 (2000); <u>Manning v. Foster</u>, 224 F.3d 1129, 1132 (9th Cir. 2000).

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment by the United States mail on petitioner.

DATED: September 27, 2010

RONALD S.W. LEW
_____
RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE

R&Rs\09-6721.ado2
9/23/10