UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DEREK ROBINSON, aka            ) Case No. CV 09-6721-RSWL(RC)
DEREK EDWARD ROBINSON,         )
                              )
               Petitioner,    )
                              ) JUDGMENT
vs.                           )
                              )
DERRAL G. ADAMS, WARDEN,       )
                              )
               Respondent.    )
_____)

     Pursuant to the Order of the Court adopting the findings,

conclusions, and recommendations of United States Magistrate Judge

Rosalyn M. Chapman,

     IT IS ADJUDGED that the petition for writ of habeas corpus and

the action are dismissed as untimely.

     DATE: September 27, 2010

                                   RONALD S.W. LEW
                              _____
                                   RONALD S.W. LEW
                              SENIOR UNITED STATES DISTRICT JUDGE

R&Rs\09-6721.jud
7/27/10